ADAMS, J.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RUTH ACOSTA, | ) | CASE NO. 1:07CV1882 |
| o/b/o Michael Acosta, | ) | |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | <u>SENTENCE-FOUR REMAND ORDER</u> |
| | ) | [RESOLVING DOC. 14] |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

An Administrative Law Judge ("ALJ") denied Ruth Acosta's application for supplemental security income (SSI) benefits for her child, Michael, in the above-captioned case. That decision became the final determination of the Commissioner of Social Security when the Appeals Council denied the request to review the ALJ's decision. The claimant sought judicial review of the Commissioner's decision, and this Court referred the case to Magistrate Judge William H. Baughman, Jr. for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1).

This action is before the Court upon the Stipulation to Remand (Doc. 14), filed on December 21, 2007. The parties stipulate that the Court reverse the decision of the Commissioner, enter judgment in favor of the plaintiff, and remand the matter to the Commissioner for further proceedings and a new decision pursuant to sentence four of 42 U.S.C.

§ 405(g).[1]  For good cause shown, the stipulation of the parties is accepted by the Court. Accordingly,

The decision of the Commissioner is reversed and judgment is hereby entered for the plaintiff.  The case is REMANDED to the Commissioner of Social Security for further proceedings and a new decision.  The ALJ shall reevaluate the child claimant's functioning in the relevant domains, particularly in Caring for Self, Acquiring and Using Information, and Attending to and Completing Tasks.  After completing the foregoing and conducting any other record development the ALJ deems appropriate, the ALJ shall issue a new decision which provides a detailed explanation, supported by the record, for the weight given to all medical source opinions and the credibility of the statements and reports from the plaintiff and the child claimant.

IT IS SO ORDERED.

| | |
|---|---|
| December 28, 2007 | /s/ John R. Adams |
| Date | John R. Adams |
| | U.S. District Judge |

---

[1] Sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), states:
> The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.